UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PETTUS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>HSI, A CORPORATION; MOLLY MATTIMORE; RALPH GARCIA; JOHNNY CHAVEZ; ADA CHAVEZ,<br><br>　　　　　　　　　Defendants. | 25-CV-2190 (LTS)<br><br>ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

　　Plaintiff James Pettus filed this action *pro se*, seeking to proceed *in forma pauperis* ("IFP"). In a judgment dated February 4, 2005, and entered on February 24, 2005, the court barred Plaintiff from filing future civil actions in this court without first obtaining from the court leave to file. *See Pettus v. Clarke*, 1:05-CV-1439, 5 (MBM) (S.D.N.Y. Feb. 4, 2005) (electronic docket entry), *appeal dismissed as frivolous*, No. 05-1314 (2d Cir. Sept. 29, 2005) (same). Plaintiff files this new civil action in this court and seeks IFP status, but he has not sought leave from the court to file this action. The Court therefore dismisses this action without prejudice due to Plaintiff's failure to comply with the court's February 4, 2005 judgment in *Pettus*, No. 05-CV-1439, 5.

　　The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action.

SO ORDERED.

Dated: March 18, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2