UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PETTUS,<br><br>                        Plaintiff,<br><br>-against-<br><br>HSI, A CORPORATION; MOLLY MATTIMORE; RALPH GARCIA; JOHNNY CHAVEZ; ADA CHAVEZ,<br><br>                       Defendants. | 25-cv-2190 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 18, 2025, order, this action is dismissed without prejudice due to Plaintiff's failure to comply with the court's February 4, 2005 judgment in *Pettus*, No. 05-CV-1439, 5.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 20, 2025
             New York, New York

                                                                /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                     Chief United States District Judge